AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ROXANNE CRIBBS RINGER, on behalf of herself and on behalf of her minor child, E.R., et al., <br> *Plaintiff(s)* <br> v. <br> COMAL INDEPENDENT SCHOOL DISTRICT, et al., <br> *Defendant(s)* | Civil Action No. 5:25-cv-01181-OLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Mansfield Independent School District
    c/o Dr. Kimberley Cantu
    605 East Broad Street
    Mansfield, Texas 76063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Adriana Piñon
    P.O. Box 8306
    Houston, TX 77288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 09/23/2025

*Monica Granados-Ramos*
*Signature of Clerk or Deputy Clerk*



SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK, NY 10017

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action No.: 5:25-cv-01181-OLG
Date Filed: September 22, 2025
Court Date: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION



ROXANNE CRIBBS RINGER, on behalf of herself and on behalf of her minor child, E.R., et al.,

*Plaintiff*

vs

COMAL INDEPENDENT SCHOOL DISTRICT, et al.,

*Defendant*

STATE OF TEXAS COUNTY OF TARRANT SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Texas

That on the following date: September 25, 2025, at the following time: 4:06 PM,
at 605 EAST BROAD STREET, MANSFIELD, TX 76063 deponent served the within Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Civil Cover Sheet, JS 44 Civil Cover Sheet Parties Attachment, Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, Plaintiffs' Appendix in Support of Plaintiffs' Motion for Preliminary Injunction with Exhibit 1, Corrected Notice of Constitutional Challenge to State Statute dated July 7, 2025, Plaintiffs' Appendix in Support with Exhibits, Declarations in Support and Notice of Constitutional Challenge to State Statute dated September 23, 2025, Plaintiffs' Notice of Related Case

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: MANSFIELD INDEPENDENT SCHOOL DISTRICT C/O DR. KIMBERLY CANTU, SUPERINTENDENT

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Julissa Martin said individual to be Administrative Assistant to the Superintendent
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on: _____

**Perceived Description of Recipient**
Gender: Female   Race: Hispanic   Color of hair: Brown   Age: 30 - 35 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 160 - 176LBS   Other Features: _____

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on 9/29/2025

CAYLEE JANKE
Notary Public, State of Texas
Comm. Expires 09-05-2027
Notary ID 134540219

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
James Voronin 22230
PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

Work Order # 1504156