**FILED**
September 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE CRIBBS RINGER *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL NO. SA-25-CV-1181-OLG |
| COMAL INDEPENDENT SCHOOL DISTRICT *et al.*, | § § § | |
| Defendants. | § § | |

**O R D E R**

Pending before the Court is the status of this case, in which Plaintiffs request preliminary injunctive relief (Dkt. No. 4). Upon consideration, the Court issues the following order:

**IT IS HEREBY ORDERED** that, if they have not done so already, Plaintiffs shall effectuate service of process on Defendants no later than **Monday, October 6, 2025**.

**IT IS FURTHER ORDERED** that Defendants shall file a response to Plaintiffs' request for injunctive relief no later than **Monday, October 20, 2025**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a reply in support of their request for injunctive relief no later than **Monday, October 27, 2025**.

**IT IS FURTHER ORDERED** that an evidentiary hearing on Plaintiffs' request for injunctive relief is **SET** for **Wednesday, November 5, 2025, at 10:00 a.m.** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX.

**SIGNED** this ___30___ of September, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE