**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ROXANNE CRIBBS RINGER, *on behalf of herself and on behalf of her minor child, E.R.,* et al., | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL NO. 5:25-cv-01181-OLG |
| COMAL INDEPENDENT SCHOOL DISTRICT; et al., | § | |
| *Defendants.* | § | |

---

**DEFENDANTS' ADVISORY TO THE COURT**

---

TO THE HONORABLE U.S. DISTRICT JUDGE GARCIA:

Pursuant to the Court's Order entered November 18, 2025, Dkt. 68, Defendants, Fort Worth Independent School District, Northwest Independent School District, Lovejoy Independent School District, McKinney Independent School District, Frisco Independent School District, Georgetown Independent School District, Rockwall Independent School District, Flour Bluff School District, Comal Independent School District, Azle Independent School District, Conroe Independent School District, and Mansfield Independent School District hereby certify their compliance with the Court's Order requiring the removal of any displays of the Ten Commandments previously erected in any classrooms within their respective districts.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561 | FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANTS,**
**Fort Worth Independent School District, Northwest Independent School District, Lovejoy Independent School District, McKinney Independent School District, Frisco Independent School District, Georgetown Independent School District, Rockwall Independent School District, Flour Bluff Independent School District, Azle Independent School District, Comal Independent School District, Mansfield Independent School District, and Conroe Independent School District**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the court's CM/ECF electronic-filing system on this December 9, 2025, to all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General