IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE CRIBBS RINGER, *on behalf of herself and on behalf of her minor child, E.R., et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL NO. SA-25-CV-1181-OLG |
| COMAL INDEPENDENT SCHOOL DISTRICT, *et al.*, | § § § § | |
| *Defendants*. | § | |

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Fort Worth Independent School District, Northwest Independent School District, Lovejoy Independent School District, McKinney Independent School District, Frisco Independent School District, Georgetown Independent School District, Rockwall Independent School District, Flour Bluff School District, Comal Independent School District, Azle Independent School District, Conroe Independent School District, and Mansfield Independent School District, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the Order Concerning Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss entered November 18, 2025, ECF 68.

    Respectfully submitted.

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561| FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANTS,**
**Fort Worth Independent School District, Northwest Independent School District, Lovejoy Independent School District, McKinney Independent School District, Frisco Independent School District, Georgetown Independent School District, Rockwall Independent School District, Flour Bluff Independent School District, Azle Independent School District, Comal Independent School District, Mansfield Independent School District, and Conroe Independent School District**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on this December 17, 2025, on all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General