FILED
MAY 29 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2026
Lyle W. Cayce
Clerk

No. 25-51045

Roxanne Cribbs Ringer, *on behalf of herself and on behalf of her minor child*, E.R.; John Fuechsel, *on behalf of himself and on behalf of his minor children*, E.F. and M.F.; Amber Rainey, *on behalf of herself and on behalf of her minor child*, K.R.; Lenee Bien-Willner, *on behalf of herself and on behalf of her minor children*, E.B.W., P.B.W., and A.B.W.; Jeremy Halland, *on behalf of himself and on behalf of his minor children*, N.H. and S.H.; Kimberly Inmon, *on behalf of herself and on behalf of her minor child*, T.L.; Kristin Klade, Reverend, *on behalf of herself and on behalf of her minor children*, F.K. and W.K.; John Klade, *on behalf of himself and on behalf of his minor children*, F.K. and W.K.; Whitney Lawrence, *on behalf of herself and on behalf of her minor children*, J.L. and L.L.; Michelle Lewis, *on behalf of herself and on behalf of her minor child*, C.L.; Nichole Manning, *on behalf of herself and on behalf of her minor children*, A.M. and D.J.; Michael Olson, *on behalf of himself and on behalf of his minor child*, R.O.; Shannon Olson, *on behalf of herself and on behalf of her minor child*, R.D.; Patricia Ruiz, *on behalf of herself and on behalf of her minor child*, J.R.; Daniel Sullivan, *on behalf of himself and on behalf of his minor children*, R.S. and N.S.; Sinjita Sullivan, *on behalf of herself and on behalf of her minor children*, R.S. and N.S.; Marneigh Urban, *on behalf of herself and on behalf of her minor child*, E.S.; Maribel Villarreal, *on behalf of herself and on behalf of her minor children*, E.G. and E.R.G.,

*Plaintiffs—Appellees*,

*versus*

Comal Independent School District; Georgetown Independent School District; Conroe Independent School District; Flour Bluff Independent School

District; Fort Worth Independent School District; McKinney Independent School District; Frisco Independent School District; Northwest Independent School District; Azle Independent School District; Rockwall Independent School District; Lovejoy Independent School District; Mansfield Independent School District,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-1181 -OLG

---

UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellants' opposed motion summarily to reverse and vacate the district court's preliminary injunction and direct the district court to render judgment dismissing Plaintiffs' Establishment and Free Exercise Clause claims in this action is GRANTED. *See Nathan v. Alamo Heights Indep. Sch. Dist.*, 173 F.4th 576, 583 (5th Cir. 2026) (en banc); *see also Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969) (Summary disposition is appropriate when "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case.").

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
MAY 29 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

May 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-51045 Cribbs Ringer v. Comal
USDC No. 5:25-CV-1181-OLG

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Thomas Paul Buser-Clancy
Ms. Sarah Corning
Mr. Philip Devlin
Mr. William Howard Farrell
Ms. Chloe Kempf
Mr. Alex J. Luchenitser
Mr. Daniel Ortner
Ms. Adriana Cecilia Pinon
Ms. Heather Weaver
Mr. Jonathan K. Youngwood