**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ROXANNE CRIBBS RINGER, on behalf of herself and on behalf of her minor child, E.R. *et al.*,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **COMAL INDEPENDENT SCHOOL DISTRICT *et al.*,** <br><br> **Defendants.** | § § § § § § § § § § § § | **CIVIL NO. SA-25-CV-1181-OLG** |

**ORDER**

Before the Court is the status of these proceedings in which Plaintiffs challenge the constitutionality of Senate Bill No. 10 ("S.B. 10"), which requires public schools to "display in a conspicuous place in each classroom . . . a durable poster or framed copy of the Ten Commandments." TEX. EDUC. CODE ANN. § 1.0041(a). On November 18, 2025, the Court preliminarily enjoined Defendants from displaying the Ten Commandments. *See* Dkt. No. 68. Defendants appealed. *See* Dkt. No. 73. The en banc Fifth Circuit later upheld the constitutionality of S.B. 10. *See Nathan v. Alamo Heights Indep. Sch. Dist.*, 173 F.4th 576 (5th Cir. 2026). In accordance therewith, the Fifth Circuit vacated the Court's preliminary injunction and rendered judgment dismissing Plaintiffs' claims. *See* Dkt. No. 81 at 2. The mandate has been issued. *Id.* at 3.

**IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED**, and this case is **CLOSED**.

**IT IS SO ORDERED.**

**SIGNED** on November 24, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE